IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.T. SMITH,
GDC ID 1298426,

 Petitioner,

v.

ANTOINE CALDWELL,  CIVIL ACTION NO.
  1:18-cv-2166-AT-CMS

 Respondent.

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 10] that Petitioner's pro se amended petition for writ of habeas corpus be dismissed for failure to exhaust available state remedies and that a Certificate of Appealability be denied.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, Petitioner's pro se amended petition for writ of habeas corpus is **DISMISSED** for failure to exhaust available state remedies and he is **DENIED** a Certificate of Appealability.

**IT IS SO ORDERED** this 10th day of July, 2018.

_____
**Amy Totenberg
United States District Judge**